UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-22893-CIV-CANNON

**THOMAS T. MCCLENDON**, as
Liquidating Trustee of Galardi Creditor Trust

    Plaintiff,
v.

**MAYS** *et al.*,

    Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION TO DEEM
INTERPLEADER DEFENDANT TIFFANY THOMPSON SERVED WITH PROCESS**

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Deem Interpleader Defendant Tiffany Thompson Served with Process [ECF No. 37]. Upon review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion is **DENIED**.

2. **On or before November 2, 2023**, Plaintiff shall perfect service upon Defendant Thompson pursuant to any of the methods authorized by Fed. R. Civ. P. 4(e), including methods of substitute service authorized by Florida state law. *See* Fed. R. Civ. P. 4(e)(1); Fla. Stat. § 48.161.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of October 2023.

                                                _____
                                                AILEEN M. CANNON
                                                UNITED STATES DISTRICT JUDGE

cc:    Tiffany Thompson
        20 Rockdale Street #329
        Braintree, MA 02184
        PRO SE

CASE NO. 23-22893-CIV-CANNON

Tiffany Thompson
6531 South Sepulveda Blvd #216
Los Angeles, CA 90045
PRO SE

Rasheedah Mays
480 Dasheill Lane
Atlanta, Georgia 30327
PRO SE