UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-22893-CIV-CANNON

**THOMAS T. MCCLENDON**, as
Liquidating Trustee of Galardi Creditor Trust

    Plaintiff,

v.

**MAYS** *et al.*,

    Defendants.

_____/

### ORDER REQUIRING PRO SE DEFENDANTS THOMPSON AND MAYS TO CONSENT TO RECEIVE ELECTRONIC FILINGS

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. Upon review, and to promote orderly and efficient communication in this case, it is hereby

**ORDERED AND ADJUDGED** that, **on or before October 20, 2023**, Defendants Tiffany Thompson and Rasheedah Mays shall either: (1) retain counsel permitted to practice before the Court and notify the Court of such, or (2) separately complete and file with the Court the "Consent by Pro Se Litigant (Non-Prisoner) to receive NEFs" form, which can be found at https://www.flsd.uscourts.gov/forms/all-forms. Failure to comply with this order may result in sanctions, including dismissal of this case without further notice. **The CLERK is instructed to mail a copy of this Order to Defendant Thompson and Defendant Mays at all of the addresses listed below**.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of October 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

CASE NO. 23-22893-CIV-CANNON

cc: Tiffany Thompson
20 Rockdale Street #329
Braintree, MA 02184
PRO SE

Tiffany Thompson
6531 South Sepulveda Blvd #216
Los Angeles, CA 90045
PRO SE

Rasheedah Mays
480 Dasheill Lane
Atlanta, Georgia 30327
PRO SE