UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 23-22893-CIV-CANNON

| | |
|---|---|
| THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITOR TRUST,<br>v.<br><br>RASHEEDAH MAYS; TIFFANY THOMPSON; ASTRID GABBE; LAW OFFICE OF ASTRID E. GABBE, P.A.; AINSWORTH DUDLEY; DUDLEY LAW, LLC<br>    Defendants. | |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael Akemon, Esquire of the law firm of The Richards Law Group, P.O. Box 360295 Decatur, GA 30036, (404) 289-6816 for purposes of appearance as co-counsel on behalf of Rasheedah Mays in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Michael Akemon, Esquire to receive electronic filings in this case, and in support thereof states as follows:

1. Michael Akemon, Esquire is not admitted to practice in the Southern District of Florida and is a member in good standing of the Georgia Bar No. 434260 and the Northern and Middle District of Georgia.

2. Movant, Rashad Taylor, Esquire, FBN: 87965. 11820 Miramar Parkway Suite 220, Miramar, FL 33025, Telephone: (954) 801-4673, Email: rashadtaylorlaw@gmail.com, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Michael Akemon, Esquire has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Michael Akemon, Esquire, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael Akemon, Esquire at email address: Michael.akemon@richardslegal.com.

WHEREFORE, Rashad Taylor, Esquire, moves this Court to enter an Order allowing Michael Akemon, Esquire, to appear before this Court on behalf of Rasheedah Mays for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael Akemon, Esquire.

Date: November 13, 2023.                    Respectfully submitted,

s/ **Rashad Taylor**
Rashad Taylor, Esquire
FBN: 87965
11820 Miramar Parkway Suite 220
Miramar, FL 33025
Telephone: (954) 801-4673
Email: rashadtaylorlaw@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| YAMILEE BENNETT, MARIA BUSH, AMINATA MBAYE, ALON ROBERTS, AND AFRICA WILLIAMS<br>    Plaintiffs,<br>v.<br><br>BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, a Florida Limited Liability Company and GENTLEMENS' CLUB, MIKE BRUSO, MIKE ARZA an individual.<br><br>    Defendants. | Civil Action NO: 1:22-cv-20772-JLK<br>FLSA Collective Action |

## **CERTIFICATION OF MICHAEL AKEMON, ESQUIRE**

Michael Akemon, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Georgia Bar No. 434260 Northern and Middle District of Georgia; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

4

/s/ Michael Akemon
Michael Akemon, Esquire

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 23-22893-CIV-CANNON

| | |
|---|---|
| THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITOR TRUST,<br>v.<br><br>RASHEEDAH MAYS; TIFFANY THOMPSON; ASTRID GABBE; LAW OFFICE OF ASTRID E. GABBE, P.A.; AINSWORTH DUDLEY; DUDLEY LAW, LLC<br>    Defendants. | |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*****, CONSENT TO DESIGNATION AND REQUEST TO**
<u>**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**</u>

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Michael Akemon, Esquire, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Michael Akemon, Esquire, may appear and participate in this action on behalf of Rasheedah Mays The Clerk shall provide electronic notification of all electronic filings to Michael Akemon, Esquire, at Michael.akemon@richardslegal.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record