## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 23-cv-22893-AMC

THOMAS T. MCCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

     Plaintiff,

v.

RASHEEDAH MAYS; TIFFANY
THOMPSON; ASTRID GABBE; LAW
OFFICE OF ASTRID E. GABBE, P.A.;
AINSWORTH DUDLEY; DUDLEY
LAW, LLC

     Defendants

_____/

## UNOPPOSED MOTION TO WITHDRAW AND/OR TO OFFICIALLY TERMINATE UNDERSIGNED COUNSEL'S NOTICE OF LIMITED APPEARANCE

**COMES NOW**, EMILIA DIAZ FOX, P.A., and files this her motion to withdraw and states as follows:

1. Undersigned accepted representation of Astrid Gabbe, Esquire exclusively for her December 13, 2023 deposition.

2. Attached as **Exhibit "A"** is a copy of the Limited Notice of Appearance for Purpose of Deposition filed on December 13th, 2023.

3. Ms. Astrid Gabbe fully consents to undersigned counsel's immediate withdrawal from this case.

4. Ms. Astrid Gabbe, an attorney herself, is currently seeking to retain another counsel to represent her in this matter.

5. Undersigned counsel notified Magistrate Judge Jaqueline Becerra's chambers of her limited representation. In response, the attached email marked as **Exhibit** "**B**" which states as follows: "*If you are no longer counsel of record the Court does not need you to appear. Please make sure the court record (not an email) makes it clear on the matter.*"

6. This motion is being filed in an overabundance of caution to "*make sure that the court record is clear on the matter*" and that undersigned's limited representation is officially terminated.

7. A hearing was scheduled on December 21st, 2023. Undersigned counsel was not consulted. Undersigned counsel officially started her Christmas vacation on December 18th (as reflected in the notices of unavailability in all cases in which she had filed notices of permanent appearance).

8. Further, "*if the limited appearance attorney receives notice of a hearing that is outside the scope of representation, the attorney must file a notice stating the attorney will not attend the court proceeding or hearing because it is **outside the scope** of the representation.*" See, Fla. R. Pr. 1.041(2). Such notice is being filed through the instant motion.

9. As required by Local Rule 11.1(D)(3), notice of this motion has been

served upon Ms. Astrid Gabbe and opposing counsel.

**WHEREFORE**, it is requested that this Court enter an order allowing undersigned counsel to withdraw and relieving her from all responsibilities in this case.

> Respectfully submitted,
> EMILIA DIAZ FOX, P.A.
> Four Seasons Office Tower
> 1441 Brickell Avenue, Suite 1013
> Miami, Florida 33131
> Tel.: 305-358-3428
>
> **/s/  EMILIA DIAZ FOX**
> Emilia Diaz Fox, Esquire
> Florida Bar No.: 228893

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December 2023 a true and correct copy of foregoing was electronically filed with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all counsel of record and served on non-record parties via email by the undersigned.

> Respectfully submitted,
>
> **/s/  EMILIA DIAZ FOX**.
> Emilia Diaz Fox, Esquire
> Florida Bar No.: 228893

## SERVICE LIST

### Via CM/ECF/EMAIL

Patricia Redmond, on behalf of Thomas McClendon
predmond@stearnsweaver.com

Ryan Wolis, Esq. on behalf of Thomas McClendon
rwolis@stearnsweaver.com

Michael Akemon on behalf of Rasheedah Mays
mutepe.akemon@richardslegal.com

Rashad Taylor on behalf of Rasheedah Mays
rashadtaylorlaw@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-22893-BLOOM-Otazo-Reyes

THOMAS T. MCCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

     Plaintiff,

v.

RASHEEDAH MAYS; TIFFANY
THOMPSON; ASTRID GABBE; LAW
OFFICE OF ASTRID E. GABBE, P.A.;
AINSWORTH DUDLEY; DUDLEY LAW,
LLC

     Defendants

                                /

## LIMITED NOTICE OF APPEARANCE FOR PURPOSE OF DEPOSITION

**PLEASE TAKE NOTICE** that Emilia Diaz Fox, Esq. hereby appears, in the above captioned proceeding on a limited basis for the purpose of the deposition of Astrid E. Gabbe, Esq. and the Law Office of Astrid E. Gabbe, PA.

Dated:  December 13, 2023

                                   Respectfully submitted,
                                   EMILIA DIAZ FOX, P.A.
                                   Four Seasons Office Tower
                                   1441 Brickell Avenue, Suite 1013
                                   Miami, Florida 33131
                                   Tel.: 305-358-3428

                                   **/s/  EMILIA DIAZ FOX**
                                   Emilia Diaz Fox, Esquire
                                   Florida Bar No.: 228893

**EXHIBIT "A"**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December 2023 a true and correct copy of foregoing was electronically filed with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all counsel of record and served on non-record parties via email by the undersigned.

Respectfully submitted,

   /s/   **EMILIA DIAZ FOX**.
Emilia Diaz Fox, Esquire
Florida Bar No.: 228893

## SERVICE LIST

**Via CM/ECF/EMAIL**

Patricia Redmond, on behalf of Thomas McClendon
predmond@stearnsweaver.com

Ryan Wolis, Esq. on behalf of Thomas McClendon
rwolis@stearnsweaver.com

Michael Akemon on behalf of Rasheedah Mays
mutepe.akemon@richardslegal.com

Rashad Taylor on behalf of Rasheedah Mays
rashadtaylorlaw@gmail.com

RE: McClendon v Mays v Gabbe Case No. 23-22893-CIV-CANNON Notice of Discovery Dispute

From: FLSD Chambers Becerra (chambers_becerra@flsd.uscourts.gov)

To: diazfoxemilia@bellsouth.net; astridgabbe@gmail.com; chambers_becerra@flsd.uscourts.gov; mutepe.akemon@richardslegal.com

Cc: astridgabbe@aol.com

Date: Wednesday, December 13, 2023 at 06:22 PM EST

---

If you are no longer counsel of record the Court does not need you to appear.  Please make sure the court record (not an email) makes it clear you are no longer on the matter.

Thank you.

---

**From:** Emilia Diaz Fox <diazfoxemilia@bellsouth.net>
**Sent:** Wednesday, December 13, 2023 4:00 PM
**To:** Astrid Gabbe <astridgabbe@gmail.com>; FLSD Chambers Becerra <chambers_becerra@flsd.uscourts.gov>; mutepe.akemon richardslegal.com <mutepe.akemon@richardslegal.com>
**Cc:** AstridGabbe@aol.com
**Subject:** Re: McClendon v Mays v Gabbe Case No. 23-22893-CIV-CANNON Notice of Discovery Dispute

**CAUTION - EXTERNAL:**

All;

I filed a Notice of Limited Appearance for the purpose of representing Ms. Astrid Gabbe at today's deposition.  We were ready, willing and able to proceed with the deposition and were there for 30 minutes. Mr. Akemon's actions precluded the deposition from going forward.   His actions are described in the transcript which has been ordered.

Pursuant to my limited appearance, my representation has ended.  Independently, I am not available on any of the proposed dates . I have filed notices of unavailability for my Christmas vacation starting  this Friday until the second week of January 2024.

Thank you.

Emilia Diaz Fox, P.A.                    **EXHIBIT "B"**