UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-22893-CIV-CANNON/Becerra

**THOMAS T. MCCLENDON**, *as Liquidating*
*Trustee of Galardi Creditor Trust*

    Interpleader Plaintiff,

v.

**RASHEEDAH MAYS *et. al.***,

    Interpleader Defendants.
_____/

## ORDER SCHEDULING MEDIATION

**THIS MATTER** comes before the Court upon the parties' Joint Notice of Mediator Selection, filed on January 3, 2024 [ECF No. 139]. The mediation in this case shall be held in-person before Rodolfo Sorondo on February 1, 2024, 9:00 A.M., at Museum Tower, Suite 2200, 150 W. Flagler Street, Miami, Florida 33130. The parties are reminded that a report of their mediation must be **filed by the parties** within **five (5) days** of mediation. A mediation report filed by the mediator is insufficient to comply with this Order. **The mediation report shall indicate when and where the mediation was conducted; the name of the mediator; who attended the mediation; whether the case settled (in full or in part); whether it was adjourned; or whether the mediator declared an impasse. No changes to any aspect of this Order may be made absent a properly filed motion for such relief and Court approval**.

CASE NO. 23-22893-CIV-CANNON/Becerra

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of January 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record