UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-22893-CIV-CANNON

THOMAS T. MCCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

    Plaintiff,

v.

RASHEEDAH MAYS; TIFFANY THOMPSON; ASTRID GABBE; LAW OFFICE OF ASTRID E. GABBE, P.A.; AINSWORTH DUDLEY; DUDLEY LAW, LLC

    Defendants
_____/

## NOTICE OF STRIKING NOTICE OF FILING OF ASSIGNMENT [ECF NO. 109]

Defendants/Counter Claimants and Respondents, Astrid Gabbe and the Law Office of Astrid E. Gabbe P.A., files this Notice of Striking OF Notice of Filing of Assignment [ECF No. 109.

Dated: February 9 2024

    Respectfully submitted,
    */S/ Astrid E. Gabbe*
    Astrid E. Gabbe, Esq.
    The Law Office of Astrid E. Gabbe, P.A.
    Florida Bar No. 635383
    P.O. Box 4216
    Hollywood, FL 33083
    Tel. (954) 303-9882
    Fax. (954) 983-1427
    astridgabbe@gmail.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 9th day of February 2024 a true and correct copy of foregoing was electronically filed with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all counsel of record and served on non-record parties via email and/or regular mail by the undersigned.

    Respectfully submitted,
*/s/ Astrid E. Gabbe, Esq.*
Astrid E. Gabbe, Esq.
The Law Office of Astrid E. Gabbe, PA.
*Pro Se Defendant*
P.O. Box 421
Hollywood, FL 33083
(954) 303-9882
astridgabbe@gmail.com

## SERVICE LIST

**Via CM/ECF/EMAIL**

Patricia Redmond, on behalf of Thomas McClendon
predmond@stearnsweaver.com

Ryan Wolis, Esq. on behalf of Thomas McClendon
rwolis@stearnsweaver.com

Carlos Leach, Esq.
cleach@theleachfirm.com

Rashad A Taylor, Esq.
rashadtaylorlaw@gmail.com

Michael Akemon, Esq.
michael.akemon@richardslegal.com
mutepe.akemon@richardslegal.com