UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 23-22893-CIV-CANNON

| | |
|---|---|
| THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITOR TRUST,<br><br>v.<br><br>RASHEEDAH MAYS; TIFFANY THOMPSON; ASTRID GABBE; LAW OFFICE OF ASTRID E. GABBE, P.A.; AINSWORTH DUDLEY; DUDLEY LAW, LLC,<br><br>    Defendants. | |

## NOTICE OF HEARING DEFENDANT RASHEEDAH MAYS' DISCOVERY DISPUTE

PLEASE TAKE NOTICE that the above-titled hearing on Discovery Dispute is being filed in accordance with the directions received from Magistrate Judge Jacqueline Becerra discovery procedures:

A hearing on the above styled discovery dispute will take place on **Tuesday, February 20, 2024, at 9:00 a.m.** The hearing will take place in courtroom 10-6 at James Lawrence King Federal Justice Building 99 N.E. Fourth Street 10th floor via telephonic means. The parties shall call 866-390-1828 and use Access Code:2046890.

The court will hear Defendant Mays' request for an Order compelling Defendant Gabbe to sit for her duly noticed deposition in person. The court will also hear Defendant Mays' request for an order preventing Gabbe from presenting any evidence not previously disclosed in her initial disclosures.

Respectfully submitted February 14, 2024.

/s/ Rashad Taylor
Rashad Taylor, Esquire
FBN: 87965
11820 Miramar Parkway Suite 220
Miramar, FL 33025
Telephone: (954) 801-4673
Email: rashadtaylorlaw@gmail.com

/*s/ Michael Akemon*
Michael Akemon
*Pro Hac Vice* (Ga. Bar 434260)
The Richards Law Group, LLC
P.O. Box 360295
Decatur, GA 30036
Telephone: 404-289-6816
Facsimile: 404-795-0727
 Mutepe.akemon@richardslegal.com
Attorney for Defendant Mays

## LOCAL RULE 7.1(a)(3) CERTIFICATION

The undersigned counsel certifies that he attempted to speak with the opposing party via telephone in a good faith effort to resolve the issues raised. Defendant Astrid Gabbe refused to confer in good faith.

/s/ Rashad Taylor
Rashad Taylor, Esquire
FBN: 87965
11820 Miramar Parkway Suite 220
Miramar, FL 33025
Telephone: (954) 801-4673
Email: rashadtaylorlaw@gmail.com

/*s/ Michael Akemon*
Michael Akemon
*Pro Hac Vice* (Ga. Bar 434260)
The Richards Law Group, LLC
P.O. Box 360295
Decatur, GA 30036
Telephone: 404-289-6816
Facsimile: 404-795-0727
Mutepe.akemon@richardslegal.com
Attorney for Defendant Mays