**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-CV-22893-CANNON**

THOMAS T. MCCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

      Plaintiff,

v.

RASHEEDAH MAYS; TIFFANY
THOMPSON; ASTRID GABBE; LAW
OFFICE OF ASTRID E. GABBE, P.A.;
AINSWORTH DUDLEY; DUDLEY LAW,
LLC

      Defendants

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

     **PLEASE TAKE NOTICE** that Juan Ramirez, Jr. enters his appearance on behalf of Astrid

E. Gabbe, Esq. and the Law Office of Astrid E. Gabbe, P.A. in the above captioned proceeding.

The undersigned requests that all notices given or required to be given in the above-captioned

proceeding, be given to and served upon the undersigned.

   Dated:  February 19, 2024

                                 **Counsel for Astrid E. Gabbe, Esq. &**
                                 **The Law Office of Astrid E. Gabbe, P.A.**

                                 _____
                                 Juan Ramirez, Jr.
                                 ADR Miami, LLC
                                 Florida Bar No. 201952
                                 1331 Brickell Bay Dr. #708
                                 Miami, FL 33131
                                 (305) 479-0150
                                 jr@adrmiami.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February 2024 a true and correct copy of foregoing was electronically filed with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all counsel of record and served on non-record parties via email by the undersigned.

Respectfully submitted,

**Counsel for Astrid E. Gabbe, Esq. &
The Law Office of Astrid E. Gabbe, P.A.**

_____
Juan Ramirez, Jr.
ADR Miami, LLC
Florida Bar No. 201952
1331 Brickell Bay Dr. #708
Miami, FL 33131
(305) 479-0150
jr@adrmiami.com

## SERVICE LIST

**Via CM/ECF/EMAIL**

Patricia Redmond, on behalf of Thomas McClendon
predmond@stearnsweaver.com

Ryan Wolis, Esq. on behalf of Thomas McClendon
rwolis@stearnsweaver.com

Rashad A Taylor, Esq. on behalf of Rasheedah Mays
rashadtaylorlaw@gmail.com

Michael Akemon, Esq. on behalf of Rasheedah Mays
mutepe.akemon@richardslegal.com