## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## Case No. 23-22893-CIV-CANNON

| | |
|---|---|
| THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITOR TRUST, <br> v. <br><br> RASHEEDAH MAYS; TIFFANY THOMPSON; ASTRID GABBE; LAW OFFICE OF ASTRID E. GABBE, P.A.; AINSWORTH DUDLEY; DUDLEY LAW, LLC <br> Defendants. | |

### ASTRID E GABBE AND THE LAW OFFICE OF ASTRID E GABBE P.A.'S VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE INTERPLEADER FUNDS AND RASHEEDAH MAYS

COMES NOW, ASTRID E GABBE AND THE LAW OFFICE OF ASTRID E. GABBE P.A., Defendants in the above styled action and hereby dismisses the above styled claims against the interpleader funds and Rasheedah Mays with prejudice. Defendants Astrid Gabbe and Astrid E. Gabbe P.A. also dismisses their respective charging liens with prejudice.

This 24th day of March, 2024.

/s/ Astrid E. Gabbe
The Law Office of Astrid E. Gabbe, P.A.
Florida Bar No. 635383
P.O. Box 4216
Hollywood, FL 33083
Tel. (954) 303-9882
Fax. (954) 983-1427
astridgabbe@gmail.com
*Attorneys for Astrid E. Gabbe and the Law Office of Astrid E. Gabbe, P.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was served via CM/ECF, email or U.S.Mail to the parties on the attached service list as indicated on this 19th day of January, 2024.

/s/ Astrid E. Gabbe
The Law Office of Astrid E. Gabbe, P.A.
Florida Bar No. 635383
P.O. Box 4216
Hollywood, FL 33083
Tel. (954) 303-9882
Fax. (954) 983-1427
astridgabbe@gmail.com
*Attorneys for Astrid E. Gabbe and the Law Office of Astrid E. Gabbe, P.A.*

## SERVICE LIST

**Via CM/ECF/Email**

Patricia Redmond, on behalf of Thomas McClendon
predmond@stearnsweaver.com

Ryan Wolis, Esq. on behalf of Thomas McClendon
rwolis@stearnsweaver.com

Rashad A Taylor, Esq.
rashadtaylorlaw@gmail.com

Michael Akemon, Esq.
michael.akemon@richardslegal.com