UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-22893-CIV- BECERRA

THOMAS T. MCCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

    Plaintiff,

v.

RASHEEDAH MAYS; TIFFANY
THOMPSON; ASTRID GABBE; LAW
OFFICE OF ASTRID E. GABBE, P.A.;
AINSWORTH DUDLEY; DUDLEY LAW,
LLC

    Defendants
_____/



FILED BY _____ D.C.
MAR 25 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PENDING COUNTER CLAIM PLAINTIFF-INTERVENOR CHRISTOPHER KOSACHUK'S MOTION FOR SUMMARY JUDGMENT

Christopher Kosachuk ("Kosachuk" or "Movant") pursuant to Federal Rule of Civil Procedure 56 respectfully moves for summary judgment and alleges as follows:

On March 8, 2024, Ms. Gabbe and the Law Office of Astrid E. Gabbe, P.A. moved for summary judgment. [*See* ECF No. 197 and 198]. Pending Intervenor Kosachuk hereby incorporates by references as if fully rewritten herein the Motion for Summary Judgment and the Statement of Material Facts and hereby moves this Honorable Court for summary judgment.

**WHEREFORE,** Christopher Kosachuk respectfully requests that the Court grant his Motion to Intervene [ECF No. 203], allow his intervention pursuant to the recorded assignment and thereafter grant summary judgment in his favor against the interpleaded funds and Rasheedah Mays.

### CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1.(a)(3)

Interpleader Plaintiff Thomas T. McClendon has consented to the relief requested in this

Motion through his counsel of record, Patricia Redmond. Astrid E. Gabbe, Esq. and the Law Office of Astrid Gabbe, refuse to confer, never responded to my emails and phones calls. Counsel for Interpleader Defendant Rasheedah Mays, Michael Akemon, refused to confer with Movant as well and in fact has blocked Movant.

Dated March 25, 2024

Respectfully submitted,

|  | |
|---|---|
|  | *(signature)* <br> **Chris Kosachuk** <br> *Pro Se Transferee of Interpleader Defendants & Counter Claim Plaintiffs Astrid E. Gabbe and the Law Office of Astrid E. Gabbe* <br> 854 Pheasant Run Rd. <br> West Chester, PA 19382-8144 <br> (305) 490-5700 <br> chriskosachuk@gmail.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March 2024 a true and correct copy of foregoing was hand delivered to the Clerk who will electronically file it with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all counsel of record and served on non-record parties via email and/or regular mail by the undersigned.

|  | *[signature]*<br>Chris Kosachuk<br>*Pro Se Transferee of Interpleader Defendants & Counterclaim Plaintiffs Astrid E. Gabbe and the Law Office of Astrid E. Gabbe*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |
|---|---|

## SERVICE LIST

### Via CM/ECF/EMAIL/FIRST-CLASS MAIL

Patricia Redmond, on behalf of Thomas McClendon
predmond@stearnsweaver.com

Ryan Wolis, Esq. on behalf of Thomas McClendon
rwolis@stearnsweaver.com

Carlos Leach, on behalf of Dudley Law, LLC
cleach@theleachfirm.com

Rashad A Taylor, Esq. on behalf of Rasheedah Mays
rashadtaylorlaw@gmail.com

Michael Akemon, Esq. on behalf of Rasheedah Mays
mutepe.akemon@richardslegal.com