# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 23-22893-CIV- BECERRA

THOMAS T. MCCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

    Plaintiff,

v.

RASHEEDAH MAYS; TIFFANY
THOMPSON; ASTRID GABBE; LAW
OFFICE OF ASTRID E. GABBE, P.A.;
AINSWORTH DUDLEY; DUDLEY LAW,
LLC

    Defendants

_____/



FILED BY _____ D.C.

MAR 25 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PENDING INTERVENOR CHRISTOPHER KOSACHUK'S MOTION TO STRIKE ASTRID E. GABBE AND THE LAW OFFICE OF ASTRID E. GABBE, P.A.'S VOLUNTARY DISMISSAL WITH PREJUDICE

Christopher Kosachuk ("Kosachuk" or "Movant") respectfully moves to strike the Notice of Voluntarily Dismissal with Prejudice filed by Astrid E. Gabbe and the Law Office of Astrid E. Gabbe, P.A. [Doc. 201] alleges as follows:

On March 25, 2024, Ms. Gabbe and the Law Office of Astrid E. Gabbe, P.A. filed the aforementioned Notice of Voluntary Dismissal. [*See* ECF No. 210]. However, the Federal Rules of Civil Procedure prevent a voluntary dismissal after parties have appeared in the action. Fed. R. Civ. P. 41(a)(1)(A)(ii); *See City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1034 (11th Cir. 2023) (explaining that "all parties" refers to all parties who have appeared in this lawsuit, not just the parties involved in the dismissal, including parties who have appeared but have already been removed from the action. Tiffany Thompson, Ainsworth Dudley, Dudley

Law, LLC and pending intervenor Kosachuk [*see* Doc. 203] have appeared in the action and have not signed on to the dismissal with prejudice.

**WHEREFORE,** Christopher Kosachuk respectfully requests that the Court grant his Motion to Strike and strike the Notice of Voluntary Dismissal with Prejudice. [Doc. 210].

Dated March 25, 2024

Respectfully submitted,

Chris Kosachuk
*Pro Se Transferee of Interpleader Defendants & Counter Claim Plaintiffs Astrid E. Gabbe and the Law Office of Astrid E. Gabbe*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March 2024 a true and correct copy of foregoing was hand delivered to the Clerk who will electronically file it with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all counsel of record and served on non-record parties via email and/or regular mail by the undersigned.

|  | *[signature]* <br> Chris Kosachuk <br> *Pro Se Transferee of Interpleader Defendants & Counterclaim Plaintiffs Astrid E. Gabbe and the Law Office of Astrid E. Gabbe* <br> 854 Pheasant Run Rd. <br> West Chester, PA 19382-8144 <br> (305) 490-5700 <br> chriskosachuk@gmail.com |
|---|---|

## SERVICE LIST

### Via CM/ECF/EMAIL/FIRST-CLASS MAIL

Patricia Redmond, on behalf of Thomas McClendon
predmond@stearnsweaver.com

Ryan Wolis, Esq. on behalf of Thomas McClendon
rwolis@stearnsweaver.com

Carlos Leach, on behalf of Dudley Law, LLC
cleach@theleachfirm.com

Rashad A Taylor, Esq. on behalf of Rasheedah Mays
rashadtaylorlaw@gmail.com

Michael Akemon, Esq. on behalf of Rasheedah Mays
mutepe.akemon@richardslegal.com