UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

THOMAS T. McCLENDON, as Liquidating Trustee of the Galardi Creditor Trust,

    Plaintiff,

v.                                        Case No. 1:23-cv-22893-JB

RASHEEDAH MAYS; ASTRID GABBE; LAW OFFICE OF ASTRID E. GABBE, P.A.; AINSWORTH DUDLEY; DUDLEY LAW, LLC,

    Defendants.
_____/

## INTERPLEADER PLAINTIFF'S NOTICE OF CLARIFICATION AND REVOCATION OF PRIOR CONSENT TO CHRISTOPHER KOSACHUK'S INTERVENTION

Interpleader Plaintiff, Thomas T. McClendon, solely in his capacity as Liquidating Trustee of the Galardi Creditor Trust ("Interpleader Plaintiff"), through undersigned counsel, files this *Notice of Clarification and Revocation of Prior Consent to Christopher Kosachuk's Intervention* ("Notice"), and states as follows:

On March 26, 2024, Christopher Kosachuk ("Mr. Kosachuk"), *pro se*, filed his *Pending Counter Claim Plaintiff-Intervenor Christopher Kosachuk's Motion for Summary Judgment* [ECF No. 215] ("Kosachuk MSJ"), incorporating by reference the *Motion for Summary Judgment and Memorandum of Law* [ECF No. 197] and *Statement of Material Facts in Support of Motion for Summary Judgment* [ECF No. 198], filed by Defendants, Astrid Gabbe and the Law Office of Astrid Gabbe, P.A. The Kosachuk MSJ requests the Court to grant Mr. Kosachuk's pending *Motion to Intervene* [ECF No. 203] and thereafter grant summary judgment in his favor against the interpleaded funds and Defendant, Rasheedah Mays ("Mays"). In support of his arguments, the Kosachuk MSJ, under "Certificate of Conferral Pursuant to Local Rule 7.1.(a)(3)," states that

1

"Interpleader Plaintiff Thomas T. McClendon has consented to the relief requested in this Motion through his counsel of record, Patricia Redmond." However, through this Notice, Interpleader Plaintiff clarifies and informs the Court that his counsel never consented to a wholesale grant of summary judgment in Mr. Kosachuk's favor against the interpleaded funds and Mays. Further, to the extent that Interpleader Plaintiff previously consented to Mr. Kosachuk's intervention in this action, such consent is hereby revoked and withdrawn.

Dated: March 26, 2024.                     Respectfully submitted,

/s/ PATRICIA A. REDMOND
PATRICIA A. REDMOND, ESQ.
Florida Bar Number 303739
predmond@stearnsweaver.com
RYAN M. WOLIS, ESQ.
Florida Bar Number 1019034
rwolis@stearnsweaver.com
**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:   (305) 789-3200

*Counsel for Interpleader Plaintiff, Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditor Trust*

2

**CERTIFICATE OF SERVICE**

I CERTIFY that I caused this document to be filed electronically on March 26, 2024, via the Court's CM/ECF website. I further certify that the document is being furnished as it is entered on the Court docket by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF upon those counsel or parties who are authorized to receive NEF in this case; and *via* U.S. Mail to those parties who are not registered to receive NEF in this case.

                                              */s/ PATRICIA A. REDMOND*
                                              PATRICIA A. REDMOND, ESQ.

# SERVICE LIST
## United States District Court, Southern District of Florida

The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

Patricia Ann Redmond
predmond@stearnsweaver.com,
jless@stearnsweaver.com,
jmartinez@stearnsweaver.com,
mfernandez@stearnsweaver.com
*Counsel for Plaintiff*

Ryan Mitchell Wolis
rwolis@stearnsweaver.com,
egraham@stearnsweaver.com
*Counsel for Plaintiff*

Astrid Evelyn Gabbe
AstridGabbe@gmail.com
*Counsel for Astrid Evelyn Gabbe and Law Office of Astrid E. Gabbe, P.A.*

Carlos Leach
cleach@theleachfirm.com
*Counsel for Ainsworth Dudley and Dudley Law LLC*

Michael Akemon
mutepe.akemon@richardslegal.com
*Counsel for Rasheedah Mays*

Rashad Taylor
rashadtaylorlaw@gmail.com
*Counsel for Rasheedah Mays*