## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 23-22893-CIV- BECERRA

THOMAS T. MCCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

     Plaintiff,

v.

RASHEEDAH MAYS; TIFFANY
THOMPSON; ASTRID GABBE; LAW
OFFICE OF ASTRID E. GABBE, P.A.;
AINSWORTH DUDLEY; DUDLEY LAW,
LLC

     Defendants

_____/



FILED BY_____D.C.

JUL 16 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PENDING INTERVENOR CHRISTOPHER KOSACHUK'S
## CERTIFICATE OF NO RESPONSE/NO OBJECTION

Christopher Kosachuk hereby files his Certification of No Response/No Objection to the
Motion to Strike [Doc. 227] (the "Motion"). Responses were due on or before July 15, 2024, no
extensions of time were asked for nor granted and the time to response has expired. The
following parties failed to respond (1) Thomas T. McClendon, (2) Tiffany Thompson, (3) Astrid
E. Gabbe and the Law Office of Astrid E. Gabbe, P.A. and (4) Ainsworth Dudley and Dudley
Law, LLC.

Mr. Kosachuk also hereby requests an immediate in-person hearing with all parties who
have appeared in this action present or to appear through an attorney who has filed a notice of
appearance in compliance with the Local Rules.

Dated July 16, 2024                        Respectfully submitted,

|  | Chris Kosachuk<br>*Pro Se Transferee of Interpleader Defendants & Counter Claim Plaintiffs Astrid E. Gabbe and the Law Office of Astrid E. Gabbe*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July 2024 a true and correct copy of foregoing was hand delivered to the Clerk who will electronically file it with the Court's CM/ECF system, which will electronically or conventionally serve a copy of the foregoing document on all parties of record and emailed/mailed to Tiffany Thompson, *pro se* by Movant.

|  |  |
|---|---|
|  | *(signature)* <br> Chris Kosachuk <br> *Pro Se Transferee of Interpleader Defendants & Counterclaim Plaintiffs Astrid E. Gabbe and the Law Office of Astrid E. Gabbe* <br> 854 Pheasant Run Rd. <br> West Chester, PA 19382-8144 <br> (305) 490-5700 <br> chriskosachuk@gmail.com |

## SERVICE LIST

### Via CM/ECF/EMAIL/FIRST-CLASS MAIL

Patricia Redmond, on behalf of Thomas McClendon
predmond@stearnsweaver.com

Ryan Wolis, Esq. on behalf of Thomas McClendon
rwolis@stearnsweaver.com

Carlos Leach, on behalf of Dudley Law, LLC
cleach@theleachfirm.com

Rashad A Taylor, Esq. on behalf of Rasheedah Mays
rashadtaylorlaw@gmail.com

Michael Akemon, Esq. on behalf of Rasheedah Mays
mutepe.akemon@richardslegal.com

Ainsworth Dudley, Esq. *pro se*
adudleylaw@gmail.com

Tiffany Thompson, *pro se*
soulfulliving2022@gmail.com and 20 Rockdale Street #329, Baintree, MA 02184