UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-22893-CIV- BECERRA

THOMAS T. MCCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

    Plaintiff,

v.

RASHEEDAH MAYS; TIFFANY THOMPSON; ASTRID GABBE; LAW OFFICE OF ASTRID E. GABBE, P.A.; AINSWORTH DUDLEY; DUDLEY LAW, LLC

    Defendants
_____/



**PENDING INTERVENOR CHRISTOPHER KOSACHUK'S
<u>CERTIFICATE OF NO RESPONSE/NO OBJECTION</u>**

Christopher Kosachuk hereby files his Certification of No Response/No Objection to the Motion to Strike [Doc. 226] (the "Motion"). Responses were due on or before July 15, 2024, no extensions of time were asked for nor granted and the time to response has expired. The following parties failed to respond (1) Thomas T. McClendon, (2) Tiffany Thompson, (3) Astrid E. Gabbe and the Law Office of Astrid E. Gabbe, P.A. and (4) Ainsworth Dudley and Dudley Law, LLC.

Mr. Kosachuk also hereby requests an immediate in-person hearing with all parties who have appeared in this action present or to appear through an attorney who has filed a notice of appearance in compliance with the Local Rules.

Dated July 16, 2024                          Respectfully submitted,

|  | Chris Kosachuk<br>*Pro Se Transferee of Interpleader Defendants & Counter Claim Plaintiffs Astrid E. Gabbe and the Law Office of Astrid E. Gabbe*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |
|---|---|

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July 2024 a true and correct copy of foregoing was hand delivered to the Clerk who will electronically file it with the Court's CM/ECF system, which will electronically or conventionally serve a copy of the foregoing document on all parties of record and emailed and mailed to Tiffany Thompson, *pro se* by Movant.

|  | Chris Kosachuk<br>*Pro Se Transferee of Interpleader Defendants & Counterclaim Plaintiffs Astrid E. Gabbe and the Law Office of Astrid E. Gabbe*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |
|---|---|

## SERVICE LIST

### Via CM/ECF/EMAIL/FIRST-CLASS MAIL

Patricia Redmond, on behalf of Thomas McClendon
predmond@stearnsweaver.com

Ryan Wolis, Esq. on behalf of Thomas McClendon
rwolis@stearnsweaver.com

Carlos Leach, on behalf of Dudley Law, LLC
cleach@theleachfirm.com

Rashad A Taylor, Esq. on behalf of Rasheedah Mays
rashadtaylorlaw@gmail.com

Michael Akemon, Esq. on behalf of Rasheedah Mays
mutepe.akemon@richardslegal.com

Ainsworth Dudley, Esq. *pro se*
adudleylaw@gmail.com

Tiffany Thompson, *pro se*
soulfulliving2022@gmail.com and 20 Rockdale Street #329, Baintree, MA 02184