Clerk of Court
400 North Miami Ave
Miami, Florida 33128

July 9, 2024

FILED BY MC D.C.

JUL 19 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RE: Response to Chris Kosachuk's filings in Case No 23-22893-CIV-BECERRA

1. Mr. Kosachuk is making statements on my behalf that had no basis in our conversation.

2. I am on our third distribution these accusations are ridiculous and need to be disregarded.

Sincerely,
TT

Tiffany Thompson

Tiffany Thompson
8027 S Kimbark Ave
Chicago, IL 60652

CAROL STREAM IL 601
15 JUL 2024 PM 10 L

Clerk of Court
400 N. Miami Ave
Miami, FL. 33128

33128-771699