UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-22893-CIV- BECERRA

FILED BY ____ D.C.

JUL 2 2 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

THOMAS T. MCCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

      Plaintiff,

v.

RASHEEDAH MAYS; TIFFANY
THOMPSON; ASTRID GABBE; LAW
OFFICE OF ASTRID E. GABBE, P.A.;
AINSWORTH DUDLEY; DUDLEY LAW,
LLC

      Defendants

_____/

## PENDING INTERVENOR CHRISTOPHER KOSACHUK'S
## OMNIBUS REPLY TO MAYS' RESPONSES [DOCS. 232, 233 & 234]

Christopher Kosachuk hereby files his Omnibus Reply to the Responses of Rasheedah

Mays [Docs. 232, 233 & 234] (the "Responses") to the Motions to Strike [Doc. 226, 227 & 228]

(the "Motions").

As an initial matter, only Ms. Mays and her attorney, Mr. Akemon filed replies because

they are the only parties still trying to defraud this Court with their sham "Voluntary Notice of

Dismissal".

What's more troubling is that Mr. Akemon continues his deceit by submitting a clearly

doctored email. [*See* Doc. 232-1]. Mr. Akemon allegedly wrote an email on Friday May 31,

2024 at 9:50 AM to "All" but there are no recipients to the email. The body of the email reads:

    All,

    I am a little concerned about the fact that the court has yet to rule on Astrid
    Gabbe's stipulation of dismissal, our stipulation for voluntary dismissal with
    prejudice and stipulation for interpleader plaintiff's discharge and award of

attorney's fees and costs.  The court typically ruled on motions within a week or tow of filing and we are now on month two.

In an abundance of caution, I believe that we should file a stipulation of dismissal of claims similar to ECF.100 with everyone's consent to bring this matter to a close.  If everyone agrees, please let me know as soon as possible.  I have attached ECF 100 for reference.

There was allegedly one response from Tiffany Thompson who apparently agreed.  But that is not sufficient. There is no indication that this email was sent to Mr. Dudley, Mr. McClendon and it surely was not sent to undersigned.

Mr. Akemon continues to ignore the Federal Rules of Civil Procedure which prevent a voluntary dismissal after parties have appeared in the action.  Fed. R. Civ. P. 41(a)(1)(A)(ii); *See City of Jacksonville v. Jacksonville Hosp.Holdings, L.P.*, 82 F.4th 1031, 1034 (11th Cir. 2023) (explaining that "all parties" refers to all parties who have appeared in this lawsuit, not just the parties involved in the dismissal, including parties who have appeared but have already been removed from the action.  Tiffany Thompson, Ainsworth Dudley, Dudley Law, LLC and pending intervenor Kosachuk [*see* Doc. 203] have appeared in the action and have not signed on to the dismissal with prejudice.

There is nothing to be concerned about when a court does not take action that it cannot take under the Rules.

Dated July 22, 2024                                      Respectfully submitted,

|  |  |
|---|---|
|  | _Chris Kosachuk_<br>Chris Kosachuk<br>*Pro Se Transferee of Interpleader Defendants & Counter Claim Plaintiffs Astrid E. Gabbe and the Law Office of Astrid E. Gabbe*<br>854 Pheasant Run Rd. |

| | West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July 2024 a true and correct copy of foregoing was hand delivered to the Clerk who will electronically file it with the Court's CM/ECF system, which will electronically or conventionally serve a copy of the foregoing document on all parties of record and emailed and mailed to Tiffany Thompson, *pro se* by Movant.

|  |  |
|---|---|
|  | Chris Kosachuk<br>*Pro Se Transferee of Interpleader Defendants & Counterclaim Plaintiffs Astrid E. Gabbe and the Law Office of Astrid E. Gabbe*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |

## SERVICE LIST

### Via CM/ECF/EMAIL/FIRST-CLASS MAIL

Patricia Redmond, on behalf of Thomas McClendon
predmond@stearnsweaver.com

Ryan Wolis, Esq. on behalf of Thomas McClendon
rwolis@stearnsweaver.com

Carlos Leach, on behalf of Dudley Law, LLC
cleach@theleachfirm.com

Rashad A Taylor, Esq. on behalf of Rasheedah Mays
rashadtaylorlaw@gmail.com

Michael Akemon, Esq. on behalf of Rasheedah Mays
mutepe.akemon@richardslegal.com

Ainsworth Dudley, Esq. *pro se*
adudleylaw@gmail.com

Tiffany Thompson, *pro se*
soulfulliving2022@gmail.com and 20 Rockdale Street #329, Baintree, MA 02184