UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

THOMAS T. McCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

    Plaintiff,
v.                                        Case No. 1:23-cv-22893-JB

RASHEEDAH MAYS; ASTRID GABBE;
LAW OFFICE OF ASTRID E. GABBE, P.A.;
AINSWORTH DUDLEY; DUDLEY LAW,
LLC,

    Defendants.
_____/

## INTERPLEADER PLAINTIFF'S LIMITED REPLY IN SUPPORT OF DISCHARGE

Interpleader Plaintiff, Thomas T. McClendon, solely in his capacity as Liquidating Trustee of the Galardi Creditor Trust ("Interpleader Plaintiff"), through undersigned counsel, files this *Limited Reply in Support of Discharge* following Defendant, Rasheedah Mays' Responses [DE 232, 233 and 234] to Proposed Intervenor, Christopher Kosachuk's Motions to Strike [DE 226, 227, and 228]. Interpleader Plaintiff states that it does not take a position on the issues, arguments, or defenses raised by any of the parties or proposed intervenors in this matter. Rather, Interpleader Plaintiff re-adopts the position that it should be discharged from this matter and awarded its attorneys' fees, and costs incurred from the interpleaded funds deposited with the Court's Registry, an amount totaling $32,500. In further support thereof, Interpleader Plaintiff incorporates the arguments and authority from its prior submissions, as if fully stated herein: *Interpleader Plaintiff's Motion for Discharge and Award of Attorneys' Fees*, filed December 8, 2023 [DE 115]; *Interpleader Plaintiff's Reply in Support of Motion for Discharge and Award of Attorneys' Fees and Costs*, filed January 18, 2024 [DE 173]; *Stipulation for Interpleader Plaintiff's Discharge and*

1

*Award of Attorneys' Fees and Costs*, filed March 27, 2024 [DE 218]; and the *Stipulation for Voluntary Dismissal With Prejudice*, filed March 27, 2024 [DE 219].

Dated: July 22, 2024

Respectfully submitted,

*/s/ PATRICIA A. REDMOND*
PATRICIA A. REDMOND, ESQ.
Florida Bar Number 303739
predmond@stearnsweaver.com
RYAN M. WOLIS, ESQ.
Florida Bar Number 1019034
rwolis@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200

*Counsel for Interpleader Plaintiff, Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditor Trust*

## CERTIFICATE OF SERVICE

I CERTIFY that I caused this document to be filed electronically on July 22, 2024, via the Court's CM/ECF website. I further certify that the document is being furnished as it is entered on the Court docket by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF upon those counsel or parties who are authorized to receive NEF in this case; and *via* U.S. Mail to those parties who are not registered to receive NEF in this case.

*/s/ PATRICIA A. REDMOND*
PATRICIA A. REDMOND, ESQ.

**SERVICE LIST**
**United States District Court, Southern District of Florida**

The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

Patricia Ann Redmond
predmond@stearnsweaver.com,
jless@stearnsweaver.com,
jmartinez@stearnsweaver.com,
mfernandez@stearnsweaver.com
*Counsel for Plaintiff*

Ryan Mitchell Wolis
rwolis@stearnsweaver.com,
egraham@stearnsweaver.com
*Counsel for Plaintiff*

Astrid Evelyn Gabbe
AstridGabbe@gmail.com
*Counsel for Astrid Evelyn Gabbe and Law Office of Astrid E. Gabbe, P.A.*

Carlos Leach
cleach@theleachfirm.com
*Counsel for Ainsworth Dudley and Dudley Law LLC*

Michael Akemon
mutepe.akemon@richardslegal.com
*Counsel for Rasheedah Mays*

Rashad Taylor
rashadtaylorlaw@gmail.com
*Counsel for Rasheedah Mays*