UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

THOMAS T. McCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

    Plaintiff,
v.                                                                                  Case No. 1:23-cv-22893-JB

RASHEEDAH MAYS; ASTRID GABBE;
LAW OFFICE OF ASTRID E. GABBE, P.A.;
AINSWORTH DUDLEY; DUDLEY LAW,
LLC,

    Defendants.
_____/

**INTERPLEADER PLAINTIFF'S NOTICE OF JOINDER
IN DEFENDANT RASHEEDAH MAYS' RESPONSE [DE 244]**

    Interpleader Plaintiff, Thomas T. McClendon, solely in his capacity as Liquidating Trustee of the Galardi Creditor Trust ("Interpleader Plaintiff"), through undersigned counsel, hereby joins in *Defendant Rasheedah Mays' Response to Chris Kosachuk's Motion for Stay of Order of Dismissal Pending Appeal* [DE 244].

Dated: July 22, 2024                    Respectfully submitted,

                                                  */s/ PATRICIA A. REDMOND*
                                                  PATRICIA A. REDMOND, ESQ.
                                                  Florida Bar Number 303739
                                                  predmond@stearnsweaver.com
                                                  RYAN M. WOLIS, ESQ.
                                                  Florida Bar Number 1019034
                                                  rwolis@stearnsweaver.com
                                                  **STEARNS WEAVER MILLER**
                                                  **WEISSLER ALHADEFF & SITTERSON, P.A.**
                                                  Museum Tower, Suite 2200
                                                 150 West Flagler Street
                                                 Miami, Florida 33130
                                                 Telephone:    (305) 789-3200

*Counsel for Interpleader Plaintiff, Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditor Trust*

### **CERTIFICATE OF SERVICE**

I CERTIFY that I caused this document to be filed electronically on August 20, 2024, via the Court's CM/ECF website. I further certify that the document is being furnished as it is entered on the Court docket by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF upon those counsel or parties who are authorized to receive NEF in this case; and *via* U.S. Mail to those parties who are not registered to receive NEF in this case.

/s/ PATRICIA A. REDMOND
PATRICIA A. REDMOND, ESQ.

**SERVICE LIST**
**United States District Court, Southern District of Florida**

The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

Patricia Ann Redmond
predmond@stearnsweaver.com,
jless@stearnsweaver.com,
jmartinez@stearnsweaver.com,
mfernandez@stearnsweaver.com
*Counsel for Plaintiff*

Ryan Mitchell Wolis
rwolis@stearnsweaver.com,
snoal@stearnsweaver.com
*Counsel for Plaintiff*

Astrid Evelyn Gabbe
AstridGabbe@gmail.com
*Counsel for Astrid Evelyn Gabbe and Law Office of Astrid E. Gabbe, P.A.*

Carlos Leach
cleach@theleachfirm.com
*Counsel for Ainsworth Dudley and Dudley Law LLC*

Michael Akemon
mutepe.akemon@richardslegal.com
*Counsel for Rasheedah Mays*

Rashad Taylor
rashadtaylorlaw@gmail.com
*Counsel for Rasheedah Mays*