UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 23-22893-CIV-BECERRA

THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITOR TRUST,

v.

RASHEEDAH MAYS; TIFFANY THOMPSON; ASTRID GABBE; LAW OFFICE OF ASTRID E. GABBE, P.A.; AINSWORTH DUDLEY; DUDLEY LAW, LLC,

    Defendants.

## NOTICE

COMES NOW Defendant Rasheedah Mays, by and through the undersigned counsel, and files this, her Notice of Christopher Kosachuk's failure to file a Notice of Appeal pursuant to Federal Rule of Appellate Procedure 4. This court entered an Order of Dismissal [D.E. 241] on July 24, 2024. Pursuant to Federal Rule of Appellate Procedure 4, Christopher Kosachuk was required to file a Notice of Appeal by August 23, 2024. No extensions of time were requested nor granted and the time to respond has expired.

As Christopher Kosachuk has failed to timely file a notice of appeal in compliance with the rules, Defendant Mays respectfully requests that this court deny his Motion to Stay Pending Appeal.

Dated: September 9, 2024

/s/ **Rashad Taylor**
Rashad Taylor, Esquire
FBN: 87965
11820 Miramar Parkway Suite 220
Miramar, FL 33025
Telephone: (954) 801-4673
Email: rashadtaylorlaw@gmail.com

/s/ Michael Akemon
Michael Akemon
*Pro Hac Vice* (Ga. Bar 434260)
The Richards Law Group, LLC
P.O. Box 360295
Decatur, GA 30036
Telephone: 404-289-6816
Facsimile: 404-795-0727
Attorney for Defendant Mays

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served the following Notice via electronic service to all parties of record.

/s/ **Rashad Taylor**
Rashad Taylor, Esquire
FBN: 87965
11820 Miramar Parkway Suite 220
Miramar, FL 33025
Telephone: (954) 801-4673
Email: rashadtaylorlaw@gmail.com

/s/ Michael Akemon
Michael Akemon
*Pro Hac Vice* (Ga. Bar 434260)
The Richards Law Group, LLC
P.O. Box 360295
Decatur, GA 30036
Telephone: 404-289-6816
Facsimile: 404-795-0727
Attorney for Defendant Mays