UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-22893-CIV-BECERRA

THOMAS T. MCCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

    Plaintiff,

v.

RASHEEDAH MAYS; TIFFANY THOMPSON; ASTRID GABBE; LAW OFFICE OF ASTRID E. GABBE, P.A.; AINSWORTH DUDLEY; DUDLEY LAW, LLC

    Defendants
_____/

FILED BY \_\_MC\_\_ D.C.

OCT - 3 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**NOTICE OF FILING AND ASSERTING CHARGING LIEN OF ASTRID E. GABBE, ESQ. & THE LAW OFFICE OF ASTRID E. GABBE, P.A. FOR ATTORNEYS' FEES & COSTS BY THEIR ASSIGNEE, CHRISTOPHER KOSACHUK**

**NOTICE IS GIVEN** that Astrid E. Gabbe, Esq. and the Law Office of Astrid E. Gabbe, P.A. ("Gabbe") by and thru their assignee, Christopher Kosachuk, ("Kosachuk"), assert an attorney's charging lien against the interpleaded funds held in the registry of the Court. This charging lien claims attorneys' fees and costs due Gabbe for legal services rendered to Rasheedah Mays in the case of *Milner et. al. v. Galardi*. Case No. 20-23230-CIV-CANNON, which were assigned to Kosachuk. [*See attached assignments and charging lien*]. To date, nothing has been paid to the undersigned and the total amount due is $96,120 in contingency fees and in the alternative $52,650 in hourly fees. The effective and perfected date of this attorney charging lien is the date on which representation of Ms. Mays began *to wit* April 29, 2020. *See Weed v. Washington*, 242 F.3d

Notice of Attorney Charging Lien
Case No. 23-22893-CIV-BECERRA
Page 2 of 3

1320 (11th Cir. 2001) and *Miles v. Katz*, 405 So. 2d 750, 752 (Fla. 4th DCA 1981)

October 2, 2024                                          Respectfully submitted,

|  | *[signature]*<br>Christopher Kosachuk<br>*Pro Se Assignee of Astrid E. Gabbe, Esq. &*<br>*The Law Office of Astrid E. Gabbe, P.A.*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was mailed to the clerk which will serve via CM/ECF, email or U.S. Mail to the parties on the attached service list as indicated on this 2nd day of October, 2024.

|  | Christopher Kosachuk<br>*Pro Se Assignee of Astrid E. Gabbe, Esq. &*<br>*The Law Office of Astrid E. Gabbe, P.A.*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |
|---|---|

## SERVICE LIST

### Via CM/ECF/Email

Patricia Redmond, on behalf of Thomas McClendon
predmond@stearnsweaver.com

Ryan Wolis, Esq. on behalf of Thomas McClendon
rwolis@stearnsweaver.com

Rashad A Taylor, Esq.
rashadtaylorlaw@gmail.com

Michael Akemon, Esq.
mutepe.akemon@richardslegal.com

Astrid E. Gabbe, Esq. on behalf of Astrid E Gabbe, Esq. and the Law Office of Astrid E. Gabbe, P.A.
astridgabbe@gmail.com

Juan Ramirez, Jr. Esq. former attorney for Astrid E Gabbe, Esq. and the Law Office of Astrid E. Gabbe, P.A.
jr@adrmiami.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 20-23230-CIV-CANNON-OTAZO-REYES

ANGELA MILNER, ET. AL,

    Plaintiffs

v.

TERI GALARDI,

    Defendant

_____/

**NOTICE OF FILING AND ASSERTING CORRECTED AND AMENDED
CHARGING LIEN BY THE LAW OFFICES OF ASTRID E. GABBE, P.A.
<u>FOR ATTORNEYS' FEES AND COSTS</u>**

**NOTICE IS GIVEN** that The Law Office of Astrid E. Gabbe, P.A. ("AG") asserts an attorney's charging lien on any judgment, settlement or award to be entered in the above-captioned proceeding, to Plaintiff Rasheedah Mays ("Mays") on all money due from defendant on any such judgment, settlement or award, and any and all assets, property, money or proceeds retained, received or recovered by Mays or any of her assigns in connection with this judgment, settlement or award. This charging lien claims attorneys' fees and costs due AG for legal services rendered to Mays with respect to Defendant Galardi. To date, nothing has been paid to the undersigned counsel and the total amount due of $96,120.92.

Dated: July 11, 2023

| | |
|---|---|
| **Former Attorneys for Plaintiff Rasheeda Mays** | **Interested Party** |
| Astrid E. Gabbe | Astrid E. Gabbe |
| /s/ Astrid E. Gabbe | /s/ Astrid E. Gabbe |
| The Law Office of Astrid E. Gabbe, P.A. | The Law Office of Astrid E. Gabbe, P.A. |
| Florida Bar No. 635383 | Florida Bar No. 635383 |
| P.O. Box 4216 | P.O. Box 4216 |
| Hollywood, FL 33083 | Hollywood, FL 33083 |
| Tel. (954) 303-9882 | Tel. (954) 303-9882 |
| Fax. (954) 983-1427 | Fax. (954) 983-1427 |
| astridgabbe@gmail.com | astridgabbe@gmail.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was served via CM/ECF, email and/or First Class U.S. Mail to the parties on the attached service list as indicated on this 11th day of July 2023.

Astrid E. Gabbe
/s/ Astrid E. Gabbe
The Law Office of Astrid E. Gabbe, P.A.
Florida Bar No. 635383
P.O. Box 4216
Hollywood, FL 33083
Tel. (954) 303-9882
Fax. (954) 983-1427
astridgabbe@gmail.com

## SERVICE LIST

***Served via CM/ECF***

howardbrodskyesq@aol.com

***Served via Email***

Rasheedah Mays
rasheedahmays@yahoo.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 20-23230-CIV-CANNON-OTAZO-REYES

ANGELA MILNER, ET. AL,

      Plaintiffs

v.

TERI GALARDI,

      Defendant

_____/

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that Astrid Gabbe, Esq. and the Law Office of Astrid Gabbe, P.A., *pro se*, hereby file the attached assignment.

Dated: December 6, 2023

                          Respectfully submitted,
                          */S/ Astrid E. Gabbe*
                          Astrid E. Gabbe, Esq.
                          The Law Office of Astrid E. Gabbe, P.A.
                          Florida Bar No. 635383
                          P.O. Box 4216
                          Hollywood, FL 33083
                          Tel. (954) 303-9882
                          Fax. (954) 983-1427
                          astridgabbe@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December 2023 a true and correct copy of foregoing was electronically filed with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all counsel of record and served on non-record parties via email by the undersigned.

Respectfully submitted,
/s/ *Astrid E. Gabbe, Esq.*
Astrid E. Gabbe, Esq.
The Law Office of Astrid E. Gabbe, PA.
*Pro Se Defendant*
P.O. Box 421
Hollywood, FL 33083
(954) 303-9882
astridgabbe@gmail.com

## SERVICE LIST

**Via CM/ECF/EMAIL**

- All parties of record
-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 20-23230-CIV-CANNON-OTAZO-REYES

ANGELA MILNER, ET. AL.,

    Plaintiffs

V.

TERI GALARDI,

    Defendant

## ASSIGNMENT AND TRANSFER

    Astrid E. Gabbe and the Law Office of Astrid E. Gabbe, P.A., do hereby transfer and assign all their rights, entitlements, interests, causes of action, chose in action and remedies thereof of the attorney charging lien against Rasheedah Mays [Doc. 200] to Christopher Kosachuk and hereby consent that the same shall be transferred and assigned to Christopher Kosachuk.

Dated: December 1, 2023



Astrid E. Gabbe, Esq. individually and
On behalf of The Law Office of Astrid E. Gabbe P.A.

Sworn to and subscribed before me this 1st day of December, 2023.

_____
NOTARY PUBLIC, State of Florida

YANIQUE BYFIELD
Notary Public - State of Florida
Commission # HH 149732
My Comm. Expires Jul 7, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-22893-CIV-CANNON

THOMAS T. MCCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

    Plaintiff,

v.

RASHEEDAH MAYS; TIFFANY THOMPSON; ASTRID GABBE; LAW OFFICE OF ASTRID E. GABBE, P.A.; AINSWORTH DUDLEY; DUDLEY LAW, LLC

    Defendants
_____/

## ASSIGNMENT AND TRANSFER

Interpleader Defendant and Counter-Claimant Astrid E. Gabbe and the Law Office of Astrid E. Gabbe, P.A., do hereby transfer and assign all their rights, entitlements, interests, causes of action, chose in action and remedies thereof against Rasheedah Mays and the interpleaded funds to Christopher Kosachuk, including the pending counterclaim, along with all its rights to the interpleaded funds, and hereby consent that the same shall be transferred and assigned to Christopher Kosachuk.

Dated: December 1, 2023



Astrid E. Gabbe, Esq. individually and
On behalf of The Law Office of Astrid E. Gabbe P.A.

Sworn to and subscribed before me this 1st day of December, 2023.

_____
NOTARY PUBLIC, State of Florida

VANIQUE BYFIELD
Notary Public - State of Florida
Commission # HH 149732
My Comm. Expires Jul 7, 2025

