UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22893-JB

THOMAS T. McCLENDON, as
Liquidating Trustee of the Galardi
Creditor Trust,

    Plaintiff,
v.

RASHEEDAH MAYS; ASTRID GABBE;
LAW OFFICE OF ASTRID E. GABBE,
P.A.; AINSWORTH DUDLEY; DUDLEY
LAW, LLC,

    Defendants.
_____/

**ORDER DENYING MOTION FOR STAY PENDING APPEAL**

**THIS CAUSE** is before the Court on non-party Christopher Kosachuk's Motion for Stay of Order of Dismissal Pending Appeal.[1] ECF No. [243]. Defendant Rasheedah Mays filed a Response in Opposition to the Motion, in which Plaintiff Thomas M. McClendon, as liquidating trustee of the Galardi Creditor Trust, joined. ECF Nos. [244], [245], [246]. The Court has carefully reviewed the Motion, the parties' submissions, the pertinent portions of the record, and the relevant legal authority.

---

[1] Mr. Kosachuk incorrectly characterizes himself as "Pending Intervenor." ECF No. [243]. The Court did not grant Mr. Kosachuk's Motion to Intervene, and this action has since been closed. ECF No. [241]. As such, Mr. Kosachuk is not a "pending intervenor."

On July 24, 2024, the Court entered an Order of Dismissal, denied all pending as moot, and closed this case. ECF No. [241]. It is this Order that Mr. Kosachuk seeks to stay in the instant Motion. However, prior to dismissal, the Court did not grant Mr. Kosachuk intervenor status or permit him to file any further motions in this action. As such, the Motion is procedurally improper. The Motion is also without merit because a fundamental prerequisite is absent—namely, a pending appeal of the Order of Dismissal. The docket reflects that no Notice of Appeal has been filed, and the time to do so has long passed. *See* Fed. R. App. P. 4(a) (requiring that notice of appeal in a civil case "be filed with the district clerk within 30 days after entry of the judgment or order appealed from."). It is evident that there is no basis to stay the Order of Dismissal pending appeal when no appeal has been, or at this juncture can be, filed. *See Budinich v. Becton Dickinson and Co.*, 486 U.S. 196, 203 (1988) (filing a timely notice of appeal is "mandatory and jurisdictional" and if a defendant fails to do so, a court of appeals is "without jurisdiction to review the decision on the merits.").

Accordingly, for the foregoing reasons, it is **ORDERED AND ADJUDGED** that Christopher Kosachuk's Motion for Stay Pending Appeal, ECF No. [243], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of October, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT COURT JUDGE