UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-22893-CIV-BECERRA

THOMAS T. MCCLENDON, as Liquidating
Trustee of the Galardi Creditor Trust,

    Plaintiff,

v.

RASHEEDAH MAYS; TIFFANY THOMPSON; ASTRID GABBE; LAW OFFICE OF ASTRID E. GABBE, P.A.; AINSWORTH DUDLEY; DUDLEY LAW, LLC

    Defendants
_____/



FILED BY _____ D.C.

NOV - 1 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO STRIKE ALL FILINGS BY MICHAEL AKEMON, ESQ. AS UNAUTHORIZED AND STRIKE THE COURT'S RELATED ORDERS

Christopher Kosachuk, *pro se*, files this Motion To Strike All Filings by Michael Akemon, Esq. as Unauthorized and Strike the Court's Related Orders (the "Motion"). In support Movant states:

On October 30, 2024, undersigned contacted the Florida Bar as to the disciplinary history and status of attorney Michael Akemon, Esq. The Florida Bar telephone representative informed undersigned that Mr. Akemon was suspended from the practice of law in Florida and not in good standing. Undersigned requested something in writing to present to this Court.

On October 31, 2024, undersigned received the attached letter from the Florida Bar which is the Disciplinary History for Attorney Michael Akemon. The letter confirms that Mr.

Akemon is "not a member in good standing and therefore not permitted to practice law in Florida".

A further call to the Florida Bar revealed that Mr. Akemon was never eligible to represent Ms. Mays in this case because he failed to comply with the Florida Bar rules upon entry of the order of this Court granting his Motion for Admission Pro Hac Vice [Doc. 84]. Mr. Akemon failed to file the requisite paperwork for admission with the Florida Bar and failed to pay the $250 fee to the Florida Bar for this case.

Because Mr. Akemon is not a member in good standing of the Florida Bar and was never a member in good standing to represent Ms. Mays in this case, the Court must strike all pleadings and filings executed by Mr. Akemon on behalf of Ms. Mays made since November 17, 2023 as they are highly prejudicial to the administration of justice before this Court.

By representing Ms. Mays in this case, Mr. Akemon has engaged in the unauthorized practice of law which is specifically prohibited by the Florida Bar Rules and the SDFL Local Rules.

Correspondingly, the Court must also strike all related court order, which relied upon the pleadings filed by Mr. Akemon, including but not limited to its order dismissing the case [Doc. 241].

**WHEREFORE,** Christopher Kosachuk respectfully requests that the Court grant this Motion to Strike and strike all filings made by Michael Akemon, Esq. on behalf of Rasheedah Mays, and strike all related court orders including but not limited to its order dismissing the case [Doc. 241].

October 31, 2024                                                    Respectfully submitted,

Motion to Strike
Case No. 23-22893-CIV-BECERRA
Page 3 of 4

|  | **Pro Se Assignee of Astrid E. Gabbe, Esq. & The Law Office of Astrid E. Gabbe, P.A.**<br><br>*[signature]*<br><br>Christopher Kosachuk<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br><br>chriskosachuk@gmail.com |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was mailed to the Clerk of Court which will serve via CM/ECF, email or U.S. Mail to the parties on the attached service list as indicated on this 31st day of October, 2024.

|  | **Pro Se Assignee of Astrid E. Gabbe, Esq. & The Law Office of Astrid E. Gabbe, P.A.**<br><br>*/s/ Christopher Kosachuk*<br>Christopher Kosachuk<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |
|---|---|

## SERVICE LIST

**Via CM/ECF/Email**

Patricia Redmond, on behalf of Thomas McClendon
predmond@stearnsweaver.com

Ryan Wolis, Esq. on behalf of Thomas McClendon
rwolis@stearnsweaver.com

Rashad A Taylor, Esq.
rashadtaylorlaw@gmail.com

Michael Akemon, Esq.
mutepe.akemon@richardslegal.com, michael.akemon@richardslegal.com

Astrid E. Gabbe, Esq. on behalf of Astrid E Gabbe, Esq. and the Law Office of Astrid E. Gabbe, P.A.
astridgabbe@gmail.com

Juan Ramirez, Esq.
jr@adrmiami.com



**The Florida Bar**
**651 East Jefferson Street**
**Tallahassee, FL  32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

October 31, 2024

**VIA EMAIL TO: chriskosachuk@gmail.com**

Re: Disciplinary History for Attorney Michael Akemon

Dear Mr. Kosachuk:

This letter is in response to your request for a discipline history with The Florida Bar. Michael Akemon is currently not a member in good standing and therefore not permitted to practice law in Florida due to now ended pro hac vice status.

The Bar disposes of files that are closed without a finding of probable cause, one year after the date the files were closed. For this reason, no reference to such files will be made in this letter.

The following files resulted in a disciplinary sanction:

| **File No.** | **Disposition** | **Court Order Date** |
|---|---|---|
| | **NONE** | |

The following files were opened and did not result in discipline:

| **File No.** | **Disposition** | **Close Date** |
|---|---|---|
| | **NONE** | |

The following files have been opened and action has not been concluded:

**File No.**                **Status**

**NONE**

I trust this information will be of assistance to you. If you have any questions regarding this correspondence, please call (850) 561-5839 or email LRInfo@floridabar.org.

Sincerely,

Anthony Chiocca
Administrative Support 4
Division of Lawyer Regulation
The Florida Bar

FedEx shipping label:

FedEx Office
4413 MIAMI FL S BISCAYN
200 S BISCAYNE BLVD STE 130
MIAMI, FL 33131

CLERK COURT
CLERK OF COURT
400 NORTH MIAMI AVENUE
8TH FLOOR
MIAMI, FL 33128
(305) 490-5700

1 of 1   OTP # 4413008QX1
Commit: 11/01 04:00 PM
TRK # 725952711538
Mstr # 725952711538

FedEx Office
Miami FL S Biscayne Blvd Node # 4413
(305) 373-3780 fax (305) 577-8094
CALL WHEN DONE
4413-008QX-1