UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

THOMAS T. MCCLENDON, AS LIQUIDATING
TRUSTEE OF THE GALARDI CREDITOR
TRUST,

     PLAINTIFF,

V.

RASHEEDAH MAYS; ASTRID GABBE; LAW
OFFICE OF ASTRID E. GABBE, P.A.;
AINSWORTH DUDLEY; DUDLEY LAW, LLC,

     DEFENDANTS.
_____/

CASE NO. 1:23-cv-22893-JB

## INTERPLEADER PLAINTIFF'S LIMITED REPLY
## IN SUPPORT OF MOTION TO STRIKE

Interpleader Plaintiff, Thomas T. McClendon, solely in his capacity as Liquidating Trustee of the Galardi Creditor Trust ("Interpleader Plaintiff"), through undersigned counsel, files this Limited Reply in Support of Motion to Strike [ECF 251], following the Joint Response in Opposition to Motion to Strike the Notice of Charging Lien [ECF 253], filed by "Respondents" Juan Ramirez, Jr. Esq., *pro se* ("Ramirez"), and Christopher Kosachuk, *pro se* ("Kosachuk"). Interpleader Plaintiff does not take a position on the issues, arguments, or defenses raised by any of the parties, proposed intervenors, or newly claimed "Respondents" in this matter, which have been pending since August 2023. Rather, Interpleader Plaintiff reaffirms that the Court correctly entered its Order of Dismissal [ECF 241], which attempted to resolve this case and award Interpleader Plaintiff $32,500 from the interpleaded funds for its fees and costs.

Despite the Court's clear ruling, however, Interpleader Plaintiff has not been able to discharge itself and receive its compensation due to the ongoing efforts by non-parties Ramirez

and Kosachuk who are raising new arguments *after dismissal* concerning a purported claim to the interpleaded funds. The Court has consistently denied Kosachuk's efforts to intervene in this action and, on October 10, 2024, entered its Order Denying Motion for Stay Pending Appeal [ECF 250], which recognized Kosachuk's failure to appeal the underlying Order of Dismissal. The backdoor efforts by non-parties to disturb the Court's well-supported and lawful rulings are wholly improper. Nevertheless, Interpleader Plaintiff supports oral argument or a status conference before the Court with all parties, proposed interveners, or "Respondents" to bring final resolution to this matter.

## CERTIFICATE OF SERVICE

I CERTIFY that I caused this document to be filed electronically on November 5, 2024, via the Court's CM/ECF website. I further certify that the document is being furnished as it is entered on the Court docket by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF upon those counsel or parties who are authorized to receive NEF in this case.

Respectfully submitted,

**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON, P.A.**

*/s/ PATRICIA A. REDMOND, ESQ.*
PATRICIA A. REDMOND, ESQ.
Florida Bar Number 303739
predmond@stearnsweaver.com
RYAN M. WOLIS, ESQ.
Florida Bar Number 1019034
rwolis@stearnsweaver.com
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone:     (305) 789-3200

*Counsel for Interpleader Plaintiff,*
*Thomas T. McClendon, as Liquidating Trustee*
*of the Galardi Creditor Trust*