UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 23-22893-CIV-BECERRA

THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITOR TRUST,

v.

RASHEEDAH MAYS; TIFFANY THOMPSON; ASTRID GABBE; LAW OFFICE OF ASTRID E. GABBE, P.A.; AINSWORTH DUDLEY; DUDLEY LAW, LLC,

    Defendants.

## DEFENDANT RASHEEDAH MAYS' RESPONSE TO CHRIS KOSACHUK'S MOTION TO STRIKE PAPERLESS ORDER ORDER GRANTING MICHAEL AKEMON ESQ. 'S MOTION TO APPEAR PRO HAC VICE

COMES NOW RASHEEDAH MAYS, Defendant in the above-captioned case, and files this her response to Chris Kosachuk's ("Kosachuk") Motion to Strike and shows this Honorable Court the following:

I.    FACTS

Michael Akemon ("Akemon") is a licensed attorney in the State of Georgia who, at all times relevant to the instant case, has been and continues to be in good standing. Akemon has never been suspended or disciplined in any jurisdiction, including the State of Florida. This Court admitted Akemon *pro hac vice* on November 17, 2023. [See D.E. 84]. Kosachuk is not a party to the instant case and

has attempted on three separate occasions to join this case. [See D.E.s 121, 164 and 203]. The Court has rejected each attempt made by Kosachuk to join, substitute or intervene and instructed Kosachuk that he is not permitted to file any pleadings in this case as he is a non-party. Despite the previous instructions by this Court and the closing of the instant case, Kosachuk continues to file motions.  Most recently, Kosachuk filed a Notice of Charging Lien against interpleader funds and the instant Motion to Strike.  Because Mr. Kosachuk is not an attorney and does not understand the rules governing the practice of law, he fails to account for the various entities that govern pro hac vice admission.  As outlined in a supplemental letter from the Florida Bar to Mr. Kosachuk, the Florida bar does not regulate pro hac vice admissions in federal courts or federal court proceedings.  Kosachuk continues to advance his personal smear campaign against Attorney Akemon with no legal authority or a factual basis to support his allegations.

II.     **ARGUMENT AND CITATION OF AUTHORITY**

The right to practice law in the State of Florida is governed by the Florida Bar. There are specific rules governing the appearance of an out-of-state attorney in both the State of Florida and the Southern District of Florida.  *Pro hac vice* applications are governed by Florida Bar Rule 1-3.10.  Rule 1-3.10 requires that an out-of-state attorney appearing *pro hac vice* submit a non-refundable fee and a verified statement

2

attesting to the number of state court appearances in a calendar year and to the attorney's standing in their respective home state. However, this rule does not apply to federal courts as the comment (4) to Rule 1-3.10 states "[t]his rule does not apply to appearances in federal courts sitting in Florida, as appearances before each of those courts are regulated by the rules applicable to those courts. Further, an appearance in a federal court sitting in Florida does not constitute an "appearance" as contemplated by subdivision (a)(2), because subdivision (a)(2) applies only to appearances before Florida state courts."

Rule 4(b) of the local rules in the Southern District of Florida governs *pro hac vice* appearances. Rule 4(b) states in part that "[a]n attorney who is a member in good standing of the bar of any United States Court or of the highest Court of any State or Territory or Insular Possession of the United States but is not admitted to practice in the Southern District of Florida may, upon submission of a *pro hac vice* motion filed and served by co-counsel admitted to practice in this District, be permitted to appear and participate in a particular case." Here, it is undisputed that this Court granted Akemon's application to appear *pro hac vice*.

It is further undisputed that Kosachuk is a non-attorney who has and continues to disobey this Court's written and oral orders by filing the instant motion to strike. Kosachuk simply does not understand or refuses to do the requisite research related

3

to *pro hac vice* applications. In addition, Kosachuk has and continues to file pleadings with this Court designed to impugn and malign the reputation of Akemon with every filing. The instant motion is no different. Akemon has conformed to the local rules governing his admission to this Court and Kosachuk has done the complete opposite. This filing is nothing more than an attempt by Kosachuk to either reopen a closed case or, in the alternative, prevent the release of interpleader funds belonging to Defendant Rasheedah Mays.

WHEREFORE, Defendant Mays prays that this Honorable Court grant the following prayer for relief:

a) Deny Kosachuk's motion in its entirety;

b) Designate Kosachuk a vexatious litigator and prevent Kosachuk from filing any additional pleadings in the instant case;

c) Order that if Kosachuk files any additional pleadings in the instant case that he be incarcerated for a minimum of thirty (30) days and issued a daily coercive fine of $500.00 per day for every day the filing remains on the docket;

d) Strike or seal every pleading filed by Kosachuk in which he has made an unfounded allegation against Akemon or any other adverse party in this case;

e) Award attorney's fees and costs to Defendant Mays for all pleadings related to Kosachuk's filings, including but not limited to Kosachuk's frivolous charging lien and Motion to Strike;

f) Order the Clerk to immediately disburse all interpleaded funds pursuant to this Court's Order of Dismissal [D.E. 241] and to disburse all interest accrued with respect to the interpleader funds to counsel for Defendant Rasheedah Mays;

g) For such and other relief as this Court may find just and proper.

Respectfully submitted on November 4, 2024.

/s/ Rashad Taylor
Rashad Taylor, Esquire
FBN: 87965
11820 Miramar Parkway Suite 220
Miramar, FL 33025
Telephone: (954) 801-4673
Email: rashadtaylorlaw@gmail.com

*/s/ Michael Akemon*
Michael Akemon
*Pro Hac Vice* (Ga. Bar 434260)
The Richards Law Group, LLC
P.O. Box 360295
Decatur, GA 30036
Telephone: 404-289-6816
Facsimile: 404-795-0727
Attorney for Defendant Mays

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I filed the above via the CM/ECF system which will send a copy to all opposing parties.

/s/ Rashad Taylor
Rashad Taylor, Esquire
FBN: 87965
11820 Miramar Parkway Suite 220
Miramar, FL 33025
Telephone: (954) 801-4673
Email: rashadtaylorlaw@gmail.com

*/s/ Michael Akemon*
Michael Akemon
*Pro Hac Vice* (Ga. Bar 434260)
The Richards Law Group, LLC
P.O. Box 360295
Decatur, GA 30036
Telephone: 404-289-6816
Facsimile: 404-795-0727
Attorney for Defendant Mays